SAMUEL BURLING et al., Appellants, *v.* THE BOARD OF EDUCA-
TION OF THE CITY OF BROOKLYN et al., Respondents.

(Argued April 26, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made June 28, 1886,
which affirmed a judgment in favor of defendants, entered
upon a decision of the court on trial at Special Term.

*Reuben H. Underhill* for appellants.

*F. E. Dana* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.